IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | 1:10cv0944 AWI DLB<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Document 24) |

　　　On April 23, 2012, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file a response to Defendant's EAJA opposition. The parties' request is GRANTED. Plaintiff's response SHALL be filed on or before May 3, 2012.

　　　IT IS SO ORDERED.

　　　**Dated:　April 24, 2012**　　　　　　　　　 **/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1