IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

RENA PEREZ,                                )        1:10cv0944 AWI DLB
                                           )
                                           )
                                           )
                                           )        ORDER GRANTING EXTENSION
            Plaintiff,                     )        OF TIME
                                           )
      vs.                                  )        (Document 24)
                                           )
MICHAEL J. ASTRUE, Commissioner of         )
Social Security,                           )
                                           )
            Defendant.                     )
_____)

      On April 23, 2012, the parties filed a stipulation and proposed order to allow Plaintiff an

extension of time to file a response to Defendant's EAJA opposition.  The parties' request is

GRANTED.  Plaintiff's response SHALL be filed on or before May 3, 2012.

      IT IS SO ORDERED.

      **Dated:    April 24, 2012**                      **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE

1