1        IN THE UNITED STATES DISTRICT COURT FOR THE

2                    EASTERN DISTRICT OF CALIFORNIA

3

RENA FAYE PEREZ,                    )        1:10cv0944 AWI DLB
4                                   )
                                    )
5                                   )        ORDER ADOPTING FINDINGS AND
                                    )        RECOMMENDATION
6            Plaintiff,             )
                                    )        (Doc. Nos. 21, 26)
7        vs.                        )
                                    )
8    COMMISSIONER OF SOCIAL         )
     SECURITY,                      )
9                                   )
                                    )
10           Defendant.             )
   _____   )

11

12       On May 25, 2010, Plaintiff filed the present action for judicial review of the denial of Social

13   Security benefits.

14       On May 25, 2012, the Magistrate Judge issued Findings and Recommendation that Plaintiff's

15   petition for fees be DENIED.  The Findings and Recommendation was served on all parties and

16   contained notice that any objections were to be filed within thirty (30) days.  On June 19, 2012,

17   Plaintiff filed objections.  Defendant filed a response on July 3, 2012.

18       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de*

19   *novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections

20   and Defendant's response, the Court finds that the Findings and Recommendation is supported by

21   the record and proper analysis.

22       Accordingly, IT IS HEREBY ORDERED that:

23       1.      The Findings and Recommendations dated May 25, 2012, is ADOPTED IN FULL;

24               and

25       2.      Plaintiff's petition for fees is DENIED.

26    IT IS SO ORDERED.

27   Dated:    January 30, 2013          _____

28                                       SENIOR  DISTRICT  JUDGE

                                    1