IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA FAYE PEREZ, | 1:10cv0944 AWI DLB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| vs. | (Doc. Nos. 21, 26) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On May 25, 2010, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On May 25, 2012, the Magistrate Judge issued Findings and Recommendation that Plaintiff's petition for fees be DENIED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. On June 19, 2012, Plaintiff filed objections. Defendant filed a response on July 3, 2012.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections and Defendant's response, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated May 25, 2012, is ADOPTED IN FULL; and

2. Plaintiff's petition for fees is DENIED.

IT IS SO ORDERED.

Dated:   January 30, 2013

_____
SENIOR  DISTRICT  JUDGE

1